IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDY MULDROW**                                                                                          **PLAINTIFF**
**ADC # 114631**

VS.                                                  **1:06CV00038-WRW**

**S.B. DAVIS**                                                                                                 **DEFENDANT**

### ORDER

Pending is Plaintiff Randy Muldrow's ("Muldrow") Motion to Vacate Judgment.[1] The Judgment[2] dismissed Muldrow's claim without prejudice for failure to prosecute. Muldrow failed to attach a calculation sheet, signed by a prison official, to his *in forma pauperis* application. Because of this oversight, the case was dismissed without prejudice, which means that Muldrow may re-file his *in forma pauperis* application, but he must re-file it with the proper forms attached. Because the Judgment was without prejudice, Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 18th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 10.

[2] Doc. No. 8.